| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | James A. Carter (CBN 33119)<br>Michelle Q. Carter (CBN 184005)<br>CARTER CARTER FRIES & GRUNSCHLAG<br>44 Montgomery Street, Suite 2405<br>San Francisco, CA 94104<br>Telephone: 415.989.4800<br>Facsimile: 415.989.4864<br>Email: michelle@carterfries.com |
| 6<br>7<br>8 | Attorneys for Defendants<br>MANIGLIA LANDSCAPE, INC.; COHEN<br>LANDSCAPE SERVICES, INC.; THE CELTIS<br>GROUP, INC.; LANDSCAPE CONTRACTORS<br>COUNCIL OF NORTHERN CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY, UNDERGROUND UTILITY/LANDSCAPE LOCAL UNION NO. 355, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MANIGLIA LANDSCAPE, INC., ET AL.,<br><br>  Defendants. | Case No.: 3:17-cv-03037-RS<br>ORDER<br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY UNDERGROUND UTILITY/LANDSCAPE LOCAL UNION NO. 355, MIGUEL INIGUEZ and FELIPE HERNANDEZ as Local 355 Trustees, FRANCISCO CRUZ ORTIZ, and ALEJANDRO TREJO ("Plaintiffs") and Defendants MANIGLIA LANDSCAPE, INC., COHEN LANDSCAPE SERVICES, INC., THE CELTIS GROUP, INC., and LANDSCAPE CONTRACTORS COUNCIL OF NORTHERN CALIFORNIA ("Contractor Defendants") submit the following stipulation:

WHEREAS, Contractor Defendants were served with the summons and First Amended Complaint ("Complaint") in this action on June 14, 2017;

WHEREAS, Contractor Defendants' answer to Plaintiffs' Complaint was due on July 5, 2017;

WHEREAS, Contractor Defendants have requested and Plaintiffs have consented to an extension of time for Contractor Defendants to respond to Plaintiff's Complaint to July 28, 2017;

WHEREAS, the Parties believe this extension of time for Contractor Defendants to respond to Plaintiffs' Complaint will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, this is the first extension of the deadline for Contractor Defendants to respond the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the identified parties, through their respective counsel, that:

Contractor Defendants shall respond to Plaintiffs' Complaint on or before July 28, 2017.

IT IS SO STIPULATED

Dated: July 10, 2017          CARTER CARTER FRIES & GRUNSCHLAG

By:*/s/Michelle Q. Carter*
Michelle Carter
Attorneys for Defendants
Maniglia Landscape, Inc., Cohen Landscape Services, Inc., The Celtis Group, Inc., and Landscape Contractors Council of Northern California

Dated: July 10, 2017          McCRACKEN, STEMERMAN & HOLSBERRY LLP

By:*/s/ Yonina Alexander*
Yonina Alexander
Attorneys for Plaintiffs
United Association of Journeyman and Apprentices of the Plumbing and Pipe Fitting Industry Underground Utility/Landscape Local Union No. 355, Miguel Iniguez and Felipe Hernandez as Local 355 Trustees, Francisco Cruz Ortiz, and Alejandro Trejo

IT IS SO ORDERED.

Dated: July 11, 2017

_____
Hon. Richard Seeborg
U.S. District Judge, Northern District of California