**McCRACKEN, STEMERMAN, HOLSBERRY, LLP**
John J. Davis, Jr., SBN 65594      *jjdavis@msh.law*
David L. Barber, SBN 294450      *dbarber@msh.law*
595 Market Street, Suite 800
San Francisco, CA 94105
Telephone:      415-597-7200
Fax:               415-597-7201

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY, UNDERGROUND UTILITY/LANDSCAPE LOCAL UNION NO. 355; MIGUEL INIGUEZ and FELIPE HERNANDEZ, as Local 355 Trustees;  FRANCISCO CRUZ ORTIZ and ALEJANDRO TREJO,<br><br>    Plaintiffs,<br><br>  v.<br><br>MANIGLIA LANDSCAPE, INC.; COHEN LANDSCAPE SERVICES, INC.; LANDSCAPE CONTRACTORS COUNCIL OF NORTHERN CALIFORNIA; BARRY L. COHEN; LINDA G. ROSSMAN; OSCAR DE LA TORRE, DOYLE RADFORD, DAVID GORGAS, BRUCE RUST, FERNANDO ESTRADA, BYRON LONEY, ROBERT CHRISP, BILL KOPONEN, LARRY NIBBI AND MANUEL DE SANTIAGO, AS TRUSTEES OF THE LABORERS TRUST FUNDS FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; AND DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 17-CV-3037 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS TO NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS' MOTION TO DISMISS**<br><br>Date:   March 15, 2108<br><br>Time:   1:30 p.m.<br><br>Courtroom: No. 3, 17th Floor<br><br>Judge:   Hon. Richard Seeborg |

WHEREAS, the parties to this stipulation are Plaintiffs United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry, Underground Utility/Landscape Local Union No. 355 ("Local 355" or "Plaintiffs") and Defendant Northern California District Council of Laborers ("NCDCL");

WHEREAS on January 26, 2018, Defendant NCDCL filed and served a Motion to Dismiss;

WHEREAS the Court has scheduled the hearing on the motion for March 15, 2018;

WHEREAS under Local Rule 7-3, Plaintiffs' opposition to the motion is presently due on February 9, 2018, and Defendant NCDCL's reply is due on February 16, 2018; and

WHEREAS counsel for Plaintiffs has requested and counsel for Defendant NCDCL has agreed to extend the time for filing both the opposition and the reply;

THEREFORE Plaintiffs and Defendant NCDCL hereby stipulate and agree, subject to Court approval, as follows:

## STIPULATION

1. Plaintiffs' opposition to the NCDCL Motion to Dismiss will be due on February 16, 2018.

2. Defendant NCDCL's reply, if any, will due on February 28, 2018.

3. The reason for the extension is that Plaintiffs require additional time to brief the issues.

4. The date and time for the hearing, as set by the Court, shall remain unchanged: 1:30 p.m. on March 15, 2018.

5. No other time modifications have been requested or granted with respect to this motion. A previous stipulated order changed the briefing schedule for two other motions to dismiss, filed by Defendants Rossman and Cohen, but did not affect the hearing schedule.

6. The requested modification would not affect the hearing date or any other deadlines in this case.

////

///

//

1

7. All affected parties agree to the stipulation as indicated by their signatures below.

Dated: February 6, 2018                    **McCRACKEN, STEMERMAN & HOLSBERRY**


By:  */s/ John J. Davis, Jr.*

John J. Davis, Jr., *Attorney for Plaintiffs*


Dated: February 6, 2018                    **WEINBERG, ROGER & ROSENFELD**

By:  */s/ Conchita Lozano-Batista*

Conchita Lozano-Batista, *Attorney for Defendant*


## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: 2/6/18

THE HONORABLE RICHARD SEEBORG
United States District Judge


## Attestation

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing

of this document has been obtained from the other signatories.


By:  */s/ John J. Davis, Jr.*

John J. Davis, Jr.

STIP & [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION
& REPLY BRIEFS TO LABORERS MOTION TO DISMISS                    17-CV-3037 RS