UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY, UNDERGROUND UTILITY/LANDSCAPE LOCAL UNION NO. 355, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MANIGLIA LANDSCAPE, INC., et al.,<br><br>Defendants. | Case No. 17-cv-03037-RS (LB)<br><br>**ORDER FOR PLAINTIFFS TO SHOW CAUSE WHY THEY DID NOT MEET AND CONFER AND WHY THE MOTION TO STRIKE DEPOSITION ERRATA SHEET SHOULD NOT BE GRANTED**<br><br>Re: ECF No. 185 |

On April 5, 2019, defendant Northern California District Council of Laborers filed a motion to strike plaintiff Miguel Iniguez's errata sheet to his deposition.[1] On April 8, 2019, the court denied the District Council's motion without prejudice and directed the parties to meet and confer per the procedures set out in the court's standing order.[2] On April 9, 2019, counsel for the District Council sent a letter to counsel for the plaintiffs requesting a meet and confer and proposing dates for a

---

[1] Dist. Council Mot. to Strike – ECF No. 178. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 183.

ORDER – No. 17-cv-03037-RS (LB)

meeting.[3] Counsel for the plaintiffs did not respond.[4] On April 25, 2019, counsel for the District Council sent a second letter to counsel for the plaintiffs requesting a meet and confer and proposing additional dates for a meeting.[5] Counsel for the plaintiffs did not respond.[6] On May 7, 2019, the District Council filed a renewed motion to strike Mr. Iniguez's deposition errata sheet.[7]

The court hereby orders the plaintiffs to show cause (1) why they did not meet and confer with the District Council as the court ordered and (2) why the District Council's renewed motion to strike Mr. Iniguez's deposition errata sheet should not be granted. The plaintiffs are ordered to file a written response of not more than five double-spaced pages by May 13, 2019.

**IT IS SO ORDERED.**

Dated: May 8, 2019

LAUREL BEELER
United States Magistrate Judge

---

[3] Lozano-Batista Decl. – ECF No. 186 at 2 (¶ 2); Lozano-Batista Decl. Ex. A – ECF No. 186-1.

[4] Lozano-Batista Decl. – ECF No. 186 at 2 (¶ 3).

[5] *Id.* (¶ 4); Lozano-Batista Decl. Ex. A – ECF No. 186-2.

[6] Lozano-Batista Decl. – ECF No. 186 at 2 (¶ 5).

[7] Dist. Council Renewed Mot. to Strike – ECF No. 185.