| | |
|---|---|
| Bryan Caforio (261265)<br>Lora J. Krsulich (315399)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>Email: bcaforio@susmangodfrey.com<br>Email: lkrsulich@susmangodfrey.com | John J. Davis, Jr. (65594)<br>David L. Barber (294450)<br>MCCRACKEN, STEMERMAN, HOLSBERRY, L.L.P.<br>595 Market Street, Suite 800<br>San Francisco, CA 94105<br>Telephone: (415) 597-7200<br>Facsimile: (415) 597-7201<br>Email: jjdavis@msh.law<br>Email: dbarber@msh.law |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY, UNDERGROUND UTILITY/LANDSCAPE LOCAL UNION NO. 355; MIGUEL INIGUEZ and FELIPE HERNANDEZ, as Local 355 Trustees; and ALEJANDRO TREJO,<br><br>            Plaintiffs,<br>v.<br><br>MANIGLIA LANDSCAPE, INC., COHEN LANDSCAPE SERVICES, INC., LANDSCAPE CONTRACTORS COUNCIL OF NORTHERN CALIFORNIA, BARRY L. COHEN, LINDA G. ROSSMAN, OSCAR DE LA TORRE, DOYLE RADFORD, DAVID GORGAS, BRUCE RUST, FERNANDO ESTRADA, BYRON LONEY, ROBERT CHRISP, BILL KOPONEN, LARRY NIBBI AND MANUEL DE SANTIAGO, AS TRUSTEES OF THE LABORERS TRUST FUNDS FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; AND DOES 1 THROUGH 50,<br><br>            Defendants. | Case No. 17-CV-3037-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE CASE SCHEDULE** AS MODIFIED BY THE COURT |

In order to facilitate the parties' settlement negotiations and Plaintiffs' attorney's upcoming paternity leave, Plaintiffs and Defendants hereby stipulate pursuant to Local Civil Rules 6-2 and 7-12 to change the summary judgment briefing schedule and trial date as follows:

WHEREAS, the January 7, 2019, case scheduling order set October 3, 2019, as the deadline to hear dispositive motions, thus requiring opening summary judgment briefs be filed on or before August 29, 2019, and set the trial date for February 10, 2019, (ECF No. 161); and

WHEREAS, on June 27, 2019, the Court referred the parties to Magistrate Judge Corley to schedule a settlement conference within 90 days thereof, (ECF No. 242); and

WHEREAS, the parties scheduled a settlement conference with Magistrate Judge Corley for August 27, 2019, with settlement conference statements due on August 26, 2019, in which the parties intend to participate in good faith and in an effort to resolve the claims in this case; and

WHEREAS, the parties believe that they will be able to more fully participate in the settlement conference without simultaneously needing to prepare opening summary judgment briefs due two days after the settlement conference; and

WHEREAS, lead trial counsel for Plaintiffs is expecting the birth of his first child in late December or early January and plans to take paternity leave after the birth that conflicts with the current February 10, 2020, trial date; and

WHEREAS, the parties believe that modifying the case schedule as set forth below would be in the interests of judicial efficiency; and

WHEREAS, the prior extensions in this lawsuit are: (1) Stipulation to Extend the Deadline for Contractor Defendants to Respond to the First Amended Complaint (ECF No. 26); (2) Stipulation to Extend Time for Plaintiffs to Respond to Defendants' Motion to Dismiss (ECF No. 41); (3) Stipulation to Extend Time for Plaintiffs to Respond to the Laborers Defendants' Motion to Dismiss

and for the Laborer Defendants' Reply (ECF No. 84); (4) Clerk's Continuance of the Initial Case Management Conference (ECF No. 108); (5) Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Motion for Leave to File Fourth Amended Complaint (ECF No. 197); (6) Notice of Unavailability of Defendants' Counsel (ECF No. 226), and Counsel's subsequent request to continue the June 20, 2019, discovery hearing date (ECF No. 233); and (7) Order by Magistrate Judge Beeler continuing a discovery hearing from July 18, 2019, to July 25, 2019 (ECF No. 270).

THEREFORE IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, through their respective legal counsel:

(a) Opening summary judgment briefs are due on or before October 4, 2019;

(b) Summary judgment opposition briefs are due on or before October 25, 2019;

(c) Summary judgment reply briefs are due on or before November 7, 2019;

(d) The hearing date and time for any motion for summary judgment filed on or before October 4, 2019, is November 21, 2019, at 1:30 p.m.; and

(e) The case is set for trial on ~~or after~~ March 30, 2020.
(f) The final pretrial conference will be held on March 18, 2020.

Dated: August 21, 2019

| | |
|---|---|
| */s/*    *Bryan Caforio* | */s/*    *Conceptión E. Lozano-Batista* |
| Bryan Caforio (261265) | Antonio Ruiz (155659) |
| Lora J. Krsulich (315399) | Caren P. Sencer (233488) |
| Susman Godfrey L.L.P. | Concepción E. Lozano-Batista (227227) |
| | Weinberg, Roger & Rosenfeld |
| John J. Davis, Jr. (65594) | |
| David L. Barber (294450) | *Attorneys for Defendant Northern California* |
| McCracken, Stemerman, Holsberry, L.L.P. | *District Council of Laborers* |
| | |
| *Attorneys for Plaintiffs* | |
| | */s/*    *Michelle Q. Carter* |
| | Michelle Q. Carter (184005) |
| | Carter Carter Fries & Grunschlag |
| | |
| | *Attorneys for Barry Cohen, Cohen Landscape Services, Inc., Maniglia Landscape, Inc., Landscape Contractors Council of Northern California* |

2

**FILER'S ATTESTATION**

I, Bryan Caforio, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of this document have concurred in this filing.

/s/     Bryan Caforio

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 21, 2019

Honorable Richard Seeborg
United States District Judge