UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY, UNDERGROUND UTILITY/LANDSCAPE LOCAL UNION NO. 355, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MANIGLIA LANDSCAPE, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03037-RS and<br>Related Case: 19-cv-00391-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 7, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 14, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 30, 2019

_____
Richard Seeborg
United States District Judge