| | |
|---|---|
| Bryan Caforio (261265) | John J. Davis, Jr. (65594) |
| Lora J. Krsulich (315399) | David L. Barber (294450) |
| SUSMAN GODFREY L.L.P. | MCCRACKEN, STEMERMAN, HOLSBERRY, L.L.P. |
| 1900 Avenue of the Stars, Suite 1400 | 595 Market Street, Suite 800 |
| Los Angeles, CA 90067-6029 | San Francisco, CA 94105 |
| Telephone: (310) 789-3100 | Telephone: (415) 597-7200 |
| Facsimile: (310) 789-3150 | Facsimile: (415) 597-7201 |
| Email: bcaforio@susmangodfrey.com | Email: jjdavis@msh.law |
| Email: lkrsulich@susmangodfrey.com | Email: dbarber@msh.law |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY, UNDERGROUND UTILITY/LANDSCAPE LOCAL UNION NO. 355; MIGUEL INIGUEZ and FELIPE HERNANDEZ, as LOCAL 355 TRUSTEES; and ALEJANDRO TREJO,<br><br>Plaintiffs,<br>v.<br><br>MANIGLIA LANDSCAPE, INC., COHEN LANDSCAPE SERVICES, INC., LANDSCAPE CONTRACTORS COUNCIL OF NORTHERN CALIFORNIA, BARRY L. COHEN, LINDA G. ROSSMAN, OSCAR DE LA TORRE, DOYLE RADFORD, DAVID GORGAS, BRUCE RUST, FERNANDO ESTRADA, BYRON LONEY, ROBERT CHRISP, BILL KOPONEN, LARRY NIBBI AND MANUEL DE SANTIAGO, AS TRUSTEES OF THE LABORERS TRUST FUNDS FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; AND DOES 1 THROUGH 50,<br>Defendants. | Case No. 17-CV-3037-RS<br><br>ORDER<br>**NOTICE OF STIPULATED DISMISSAL**<br><br>Honorable Richard Seeborg |

**WHEREAS**, Plaintiffs United Association of Journeyman and Apprentices of The Plumbing and Pipe Fitting Industry, Underground Utility/Landscape Local Union No. 355, Miguel Iniguez and Felipe Hernandez, as Local 355 Trustees, and Alejandro Trejo (collectively, "Plaintiffs") filed their Third Amended Complaint on November 30, 2018, against Defendants Maniglia Landscape, Inc.; Cohen Landscape Services, Inc.; Landscape Contractors Council of Northern California; Barry L. Cohen; Linda G. Rossman; the Northern California District Council of Laborers; and Oscar De La Torre, Doyle Radford, David Gorgas, Bruce Rust, Fernando Estrada, Byron Loney, Robert Chrisp, Bill Koponen, Larry Nibbi, and Manuel De Santiago, as Trustees of the Laborers Trust Funds for Northern California (collectively, "Defendants"). ECF No. 149.

**WHEREAS**, with the assistance of Magistrate Judge Jacqueline Scott Corley over the course of two days at a mandatory settlement conference on August 27 and August 29, 2019, the parties agreed to a global settlement to resolve all claims at issue in this Action and the related action, *Rossman v. Iniguez*, Case No. 19-cv-00391 (N.D. Cal.).

**WHEREAS**, Plaintiffs and Defendants by and through their counsel of record, hereby stipulate and agree as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims asserted by Plaintiffs against all Defendants are dismissed with prejudice.

2. Plaintiffs and Defendants shall each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**.

| | |
|---|---|
| */s/ Bryan Caforio* | */s/ Concepción E. Lozano-Batista* |
| Bryan Caforio (261265) | Antonio Ruiz (155659) |
| Lora J. Krsulich (315399) | Caren P. Sencer (233488) |
| Susman Godfrey L.L.P. | Concepción E. Lozano-Batista (227227) |
| | Weinberg, Roger & Rosenfeld |
| John J. Davis, Jr. (65594) | |

1

| | | |
|---|---|---|
| 1 | David L. Barber (294450)<br>McCracken, Stemerman, Holsberry, L.L.P. | *Attorneys for Defendants Northern California District Council of Laborers, Oscar De La Torre, Doyle Radford, David Gorgas, Bruce Rust, Fernando Estrada, Byron Loney, Robert Chrisp, Bill Koponen, Larry Nibbi, Manuel de Santiago* |
| | *Attorneys for Plaintiffs* | |

*/s/ Michelle Q. Carter*
Michelle Q. Carter (184005)
Carter Carter Fries & Grunschlag

*Attorneys for Defendants Barry Cohen, Linda Rossman, Cohen Landscape Services, Inc., Maniglia Landscape, Inc., Landscape Contractors Council of Northern California*

**FILER'S ATTESTATION**

I, Bryan Caforio, am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories of this document have concurred in this filing.

*/s/ Bryan Caforio*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/1, 2019

_____
Honorable Richard Seeborg
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing document with the clerk of the Court and served counsel of record via the CM/ECF system.

*/s/ Bryan Caforio*
Bryan Caforio